IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SOMASCAN, INC., et al.,
    Plaintiffs,

v.

PHILIPS MEDICAL SYSTEMS
NEDERLAND B.V.,
    Defendant.

Civil No. 09-1139 (ADC)

## OPINION AND ORDER

On August 6, 2009, Magistrate-Judge Camille Vélez-Rivé issued a Report and Recommendation ("R & R") on defendants Philips Medical Systems Nederland B.V. ("PMSN") Motion to Dismiss or Quash Service of Process. **Docket No. 26**. The Magistrate-Judge recommends: "defendant PMSN's request for dismissal be DENIED and defendant PMSN's request to quash service of process be GRANTED".

Objections to the R & R were due on August 29, 2009. **Docket No. 28**. None were filed. Accordingly, having conducted an independent review of the record, the R & R is adopted.

**SO ORDERED**[1].

At San Juan, Puerto Rico, this 10th day of November, 2009.

    S/**AIDA M. DELGADO-COLON**
    **United States District Judge**

---

[1] The record reflects that on September 3, 2009, plaintiff was granted sixty (60) days to serve defendant under Hague Convention. **Docket No. 30**. Service was accomplished (**Docket No. 32**) and an answer to the complaint was filed on October 7, 2009. **Docket No. 33.**